OFD (12/1/11) jed

UNITED STATES BANKRUPTCY COURT
District of Oregon

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

September 14, 2022

Clerk, U.S. Bankruptcy Court

BY **jed** DEPUTY

In re
 **Terri Lee Zancanella**
Debtor(s)

) Case No. **22–61120–tmr7**
)
) ORDER AND NOTICE
) REGARDING FILING OF
) DOCUMENT(S); AND NOTICE
) OF PROPOSED DISMISSAL
)

The bankruptcy CASE FILED on **8/22/22** has deficiencies.
14 DAYS TO FILE: Each document listed below was submitted to the court, but is STRICKEN or RETURNED for the reason(s) stated. You must correct the deficiency and refile each listed document within 14 days of the CASE FILED date shown above.

   **A signed Statement of Financial Affairs (Official Form 107 for Individuals; Official Form 207 for Non–Individual). (Federal Rules of Bankruptcy Procedure 1007 & 1008)**

   **NOTE: The debtor's signature is missing.**

   **A Statement of Your Current Monthly Income must be filed on the current Official Form applicable in this case: 122A–1 for Chap. 7, 122B for Chap. 11 or 122C–1 for Chap. 13. [Please note: If filing 122A–1 or 122C–1, an additional form may be required. Follow the instructions on the form.]**

   **NOTE: The 122A–1 need to be filed separately using its own event.**

**IT IS HEREBY ORDERED** that, unless otherwise provided above, this case may be DISMISSED without further notice to the debtor(s) if the deficiencies outlined above are not completely and accurately corrected AND the documents FILED within the time indicated. Each document or item filed must show each DEBTOR'S NAME and the CASE NUMBER. Any document or item required to be filed using a form must be COMPLETED using the CURRENT VERSION of the form.

**Dismissal for failure to correct the deficiencies noted above may make the debtor(s) ineligible to file another petition for 180 days after dismissal pursuant to 11 USC §109(g)(1) and/or may limit the automatic stay if another petition is filed within 1 year pursuant to 11 USC §362(c)(4).**

                                                                                                    Clerk, U.S. Bankruptcy Court